# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 10-PO-00142-DLW |
| SARA CHRISTENSEN | Pro Se <br> (Defendant's Attorney) |

**THE DEFENDANT:** Was found Guilty on Count I of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 3 and 36 C.F.R. 1.5(f) | Violation of Closure, Designation, Schedule of Visiting Hours or Public Use Limit | April 20, 2010 | I |

Count II is dismissed on the motion of the United States.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|        | **Assessment** | **CVB** | **Fine**  |
|--------|----------------|---------|-----------|
| **Total:** | $10.00     | None    | $100.00   |

Fine and special assessment fee are to be paid in full by April 1, 2011.

November 22, 2010
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 22, 2010
Date